## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DARLA FERGUSON**                                                    **PLAINTIFF**
*ADC #718192*

**v.**                          **CASE NO. 3:24-CV-00235-BSM-ERE**

**AUNDREA F. CULCAGER,** *et al.*                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's

partial recommended disposition [Doc. No. 29] is adopted and the ADC defendants' motion

to dismiss [Doc. No. 18] is granted.  Darla Ferguson's claims against Aundrea F. Culcager

and Chris Tribble are dismissed without prejudice and Culcager and Tribble are terminated

as defendants.

IT IS SO ORDERED this 24th day of June, 2025.

UNITED STATES DISTRICT JUDGE