# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DARLA FERGUSON**  **PLAINTIFF**
*ADC #718192*

v.  **CASE NO. 3:24-CV-00235-BSM**

**BILLY COWELL and TRACY BENNETT**  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 32] is adopted, the motion for summary judgment by Billy Cowell and Tracy Bennett [Doc. No. 25] is granted, Darla Ferguson's claims against Cowell and Bennett are dismissed without prejudice for failure to exhaust administrative remedies, and the clerk is directed to close this case.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE