IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DARLA FERGUSON**                                                                                          **PLAINTIFF**
*ADC #718192*

v.                              CASE NO. 3:24-CV-00235-BSM

**BILLY COWELL and TRACY BENNETT**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on March 7, 2025 [Doc. No. 14], June 24, 2025 [Doc. No. 31], and today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE